UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
March 2, 2026 12:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /v /3-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW MCCORD,

    Defendant.
_____/

1:26-cr-21

Jane M. Beckering
U.S. District Judge

**CLASS A MISDEMEANOR**
**INFORMATION**

The United States Attorney charges:

(Knowingly Causing the Transmission of a Program or Code
Resulting in Damage to a Protected Computer)

From in or about December 2020, until in or about June 2021, in the Southern Division of the Western District of Michigan, and elsewhere,

**MATTHEW MCCORD,**

defendant, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization, to a protected computer.

18 U.S.C. § 1030(a)(5)(A)
18 U.S.C. § 1030(c)(4)(G)(i)

TIMOTHY VERHEY
United States Attorney

Date: March 2, 2026

_____
RONALD M. STELLA
First Assistant United States Attorney